IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,          :

        Plaintiff,          :          Case No. 3:12CR076

      vs.          :          U.S. Magistrate Judge Michael J. Newman

NICOLE CAMENS,          :

        Defendant.          :

## ENTRY PLACING DEFENDANT
## ON PREJUDGMENT PROBATION

Upon Motion of Defendant Camens, and for good cause shown, Defendant Camens is placed on probation for a period of one (1) year pursuant to 21 U.S.C. § 844(a) on Count 1. The Court finds that Defendant Camens has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Camens on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Condition that Defendant Camens: 1) participate in a substance abuse assessment/treatment, either inpatient or outpatient, to include drug testing, at the direction of the probation officer. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Camens' completion of the probationary period.

_____
Michael J. Newman
United States Magistrate Judge